IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARANJIT "TONY" SINGH | ) Criminal Action No. 08-25-M |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO UNSEAL FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley Wolf, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint and file in this case be unsealed. On February 7, 2008, defendant was charged by criminal complaint and a warrant was issued for his arrest. At that time, the Court granted the Government's Motion to Seal the Indictment and File until further order of the Court. There is no longer need for the matter to remain under seal. Accordingly, the Government respectfully moves that the Criminal Complaint and file be unsealed in the interests of justice.

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: February 8, 2008

AND NOW, this ___8th___ day of ___February___, 2008, upon the foregoing Motion,

**IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be unsealed.

_____
Honorable Leonard P. Stark
United States Magistrate Judge