Gov't filed in open court on 2/8/08

(RMG)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARANJIT SINGH | )  Criminal Action No. 08- 25 -M |
| | ) |
| Defendant. | ) |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_  Crime of violence (18 U.S.C. § 3156)

    \_\_\_  Maximum sentence life imprisonment or death

    \_\_\_  10+ year drug offense

    \_\_\_  Felony, with two prior convictions in above categories

    \_\_\_  Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

    **X**  Serious risk defendant will flee

    **X**  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    **X**  Defendant's appearance as required

_____ Safety of any other person and the community

3. **Rebuttable Presumption**. The presumption applies because (**check one or both**):

___ Probable cause to believe defendant committed 10+ year drug offense or

firearms offense, 18 U.S.C. § 924(c)

___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the

detention hearing,

_____ At first appearance

__X__ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the

defendant for a period of _____days (not more than 10) so that the appropriate officials can be

notified since (**check 1 or 2, and 3**):

1. At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

_____ (b) on release pending imposition or execution of sentence, appeal

of sentence or conviction, or completion of sentence for an offense;

_____ (c) on probation or parole for an offense.

___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent

residence.

_____ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __8th__ ___ day of ____February_____, 2008.

                                         Respectfully submitted,

                                         COLM F. CONNOLLY
                                         United States Attorney

BY: _____
                                         Lesley F. Wolf
                                         Assistant United States Attorney