IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

CHARANJIT "Tony" SINGH

Wilmington, Delaware 19810

Criminal Complaint 08-25-M



### MOTION TO SEAL

The United States moves to seal the entire file in this matter until further order of the Court.

Respectfully submitted,

Colm F. Connolly
United States Attorney

By: _____
Shannon T. Hanson
Assistant U.S. Attorney

IT IS SO ORDERED this 7th day of February, 2008, that the above-captioned file is sealed until further order of the Court.

_____
Leonard P. Stark
U.S. Magistrate Judge