AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Charanjit "Tony" SINGH
126 Shrewsbury Drive
Wilmington, DE 19810

**WARRANT FOR ARREST**

CASE NUMBER: 08- 25-M

~~SEALED~~ UNSEALED. 2/1/08 KSV.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Charanjit "Tony" SINGH when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)
**knowingly to receive, possess, sell, distribute and purchase contraband cigarettes**

in violation of Title __18__ United States Code, Section (s) __2342__

| | |
|---|---|
| Honorable Leonard P. Stark<br>Name of Issuing Officer | United States Magistrate Judge<br>District of Delaware<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | February 7, 2008    Wilmington, DE<br>Date and Location |
| Bail fixed at $ _____ | by Hon. Leonard P. Stark<br>Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 844 King St Wilm DE

| DATE RECEIVED<br>2-7-08 | NAME AND TITLE OF ARRESTING OFFICER<br>William David, DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>2-7-08 | | |

FILED FEB 13 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

AO 442 (Rev. 12/85) Warrant for Arrest

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____