# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    v.

CHARANJIT SINGH,

## WAIVER OF PRELIMINARY
## EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: **08-25-M**

I, **CHARANJIT SINGH**, charged in a complaint pending in this District with

**KNOWINGLY RECEIVEING, POSSESSING, SELLING, DISTRIBUTING, AND**

**PURCHASING CONTRABAND CIGARETTES ,** in violation of Titles **18.**, U.S.C., **2342** , and

having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1,

Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my

right to a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

*DATED: 2/13/2008*