OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 14, 2008

UNITED STATES OF AMERICA

    v.                                        08-25M-LPS

CHARANJIT SINGH

I hereby acknowledge receipt of the following document, in accordance with the Court's Order dated February 13, 2008 (copy attached):

U.S.A.       Passport issued to: Charanjit Singh

Issuance date: 1-3-07

Expiration date: 1-02-17

February 14, 2008
**DATE**

_Donna M. Seningen_
**DEPUTY CLERK**